UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:15-CR-106-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER SEALING DE #21 |
| | ) | |
| DAVID LIU, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the Defendant's motion to seal proposed sealed document Docket Entry #21 is GRANTED.

This the __4th__ day of May, 2016.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina